UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARLAND E. WILLIAMS | CIVIL ACTION |
| VERSUS | NUMBER: 18-2552 |
| UNITED STATES OF AMERICA, ET AL. | SECTION: "F"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims are dismissed with prejudice as frivolous and malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this  19th  day of April, 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE